IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 09-4010-01-CR-C-SOW |
| | ) | |
| JAMES LEE MELVIN, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Report and Recommendation Concerning Plea of Guilty (Doc. #18) prepared by Magistrate Judge William A. Knox. Defendant James Lee Melvin appeared before Magistrate Judge Knox on November 30, 2009 and entered a plea of guilty to Count Three of the indictment filed on March 2, 2009.

Magistrate Knox determined that the guilty plea was knowledgeable and voluntary and that there is a factual basis for each of the essential elements of the offense.

Accordingly, it is hereby

ORDERED that defendant James Lee Melvin's plea of guilty is accepted. Defendant is adjudged guilty. It is further

ORDERED that a pre-sentence investigation report be prepared on defendant James Lee Melvin.

      /s/ Scott O. Wright
      SCOTT O. WRIGHT
      Senior United States District Judge

DATED: 12/1/2009